PROB 12C
(7/93)

Report Date: November 23, 2015

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 23, 2015

SEAN F. McAVOY, CLERK

Name of Offender: Johnathon Frank               Case Number: 0980 2:14CR00096-EFS-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇ Harrah, Washington 98933

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: February 19, 2015

Original Offense:         Escape, 18 U.S.C. § 751(a)

Original Sentence:        Prison - 8 months;                Type of Supervision: Supervised Release
                          TSR - 36 months

Asst. U.S. Attorney:      James A. Goeke                    Date Supervision Commenced: October 27, 2015

Defense Attorney:         Federal Defenders Office          Date Supervision Expires: October 26, 2018

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Mr. Frank violated his term of supervised release by submitting a urine sample on November 11, 2015, at the Spokane Residential Reentry Center (RRC) which tested presumptive positive for marijuana.  The sample was sent to the lab for confirmation testing.  On November 18, 2015, the Spokane RRC received the lab report which confirmed that the sample was positive for marijuana.

Prob12C
**Re: Frank, Johnathon**
**November 23, 2015**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/23/2015

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ x ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

November  23, 2015

Date