PROB 12C
(6/16)

Report Date: September 14, 2016

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Johnathon Frank     Case Number: 0980 2:14CR00096-EFS-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: February 19, 2015

Original Offense:     Escape, 18 U.S.C. § 751(a)

| | | |
|---|---|---|
| Original Sentence: | Prison 8 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison 6 months;<br>TSR - 30 months | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: October 27, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: October 26, 2018 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 8**: The defendant shall not purchase, possess, use, distribute or administer any controlled substance or paraphernalia related to any controlled substances, except as prescribed by a physician. Use, acquisition, or possession of marijuana with or without a physician's prescription is prohibited.<br><br>**Supporting Evidence**: On September 14, 2016, the undersigned met with the staff at the Spokane Residential Reentry Center (RRC) and was advised that on September 13, 2016, staff seized contraband which consisted of rolled up papers and a clip that appeared to be used for smoking an unknown substance. The contraband was found hidden in the offender's deodorant. |
| 2 | **Special Condition # 15**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. Defendant shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer. |

Prob12C
**Re: Frank, Johnathon**
**September 14, 2016**
**Page 2**

**Supporting Evidence**:  On September 14, 2016, the undersigned met with the staff at the Spokane Residential Reentry Center (RRC) and was advised that due to the offender's contraband violation, he would be terminated from the facility effective September 14, 2016.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/14/2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

September 15, 2016

Date