PROB 12C  
(6/16)

Report Date: September 21, 2016

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Johnathon Frank | Case Number: 0980 2:14CR00096-EFS-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: February 19, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Escape, 18 U.S.C. § 751(a) | | |
| Original Sentence: | Prison - 8 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence April 19, 2016: | Prison - 6 months; TSR - 30 months | | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: | October 27, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | October 26, 2018 |

### PETITIONING THE COURT

**TO ISSUE A WARRANT** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/15/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court and probation officer. |
| | **Supporting Evidence**: On September 14, 2016, the offender reported to the United States Probation Office following an unsuccessful discharge at the Spokane Residential Re-Entry Center earlier that same day. The offender was directed to report back to the probation office in person on September 15, 2016, at 8:00 a.m. and was provided with an appointment card. The offender failed to report to the probation office on September 15, 2016, as directed. On September 20, 2016, an attempt to contact the offender at the cell phone number he provided was unsuccessful, as the individual that answered advised it was the wrong number. |

Prob12C
**Re: Frank, Johnathon**
**September 21, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/21/2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

September 21, 2016

Date