PROB 12C
(6/16)

Report Date: December 22, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 23, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Johnathon Frank                Case Number: 0980 2:14CR00096-EFS-1

Address of Offender: King County Jail

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: February 19, 2015

| | | |
|---|---|---|
| Original Offense: | Escape, 18 U.S.C. § 751(a) | |
| Original Sentence: | Prison - 8 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Judgment<br>April 19, 2016 | Prison - 6 months<br>TSR- 30 months | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: October 27, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: October 26, 2018 |

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/15/2016 and 09/21/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Seattle Police Department report GO# 2016-440659, states that on December 7, 2016, the offender was arrested on the outstanding warrant and additionally charged with Domestic Violence Assault, in violation of RCW 12A.06.010. |

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.<br><br>**Supporting Evidence**: Seattle Police Department report GO# 2016-440659, states that on December 7, 2016, the offender was arrested on the outstanding warrant and additionally charged with Domestic Violence Assault, in violation of RCW 12A.06.010. The arrest |

incident occurred in Seattle, Washington. The offender did not have permission to leave the Eastern District of Washington.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 22, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

THE COURT ORDERS

[  ]  No Action
[  ]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[ X ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]  Defendant to appear before the Judge assigned to the case.
[ X ] Defendant to appear before the Magistrate Judge.
[  ]  Other

Signature of Judicial Officer

December 23, 2016

Date